**No. 69565.**—Robert Bosch Corp. *v.* United States, protests 60/24634, etc. (New York.)

Opinion by RAO, C.J.  In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiff was sustained.